Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

Stephanie J. Quincy (#014009)
Stephanie.Quincy@quarles.com
Nicole S. Simmons (#028947)
Nicole.Simmons@quarles.com
*Attorneys for Defendant Dignity Health*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Irina N. Beloozerova, | Case No. |
| Plaintiff, | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| Dignity Health d/b/a St. Joseph's Hospital and Medical Center d/b/a Barrow Neurological Institute; John Doe I-V; Gray Corporations I-V, | |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Defendant Dignity Health d/b/a St. Joseph's Hospital and Medical Center d/b/a Barrow Neurological Institute in compliance with the provisions of:  *(check one)*

  <u> x </u>  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  <u>   </u>  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental

1         corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    __ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

   _x_  No such corporation.

   __  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

   __  Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.* *(Attach additional pages if needed.)*

_____ Relationship _____

Other (please explain) _____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

RESPECTFULLY SUBMITTED this 25th day of June, 2018.

                                  QUARLES & BRADY LLP
                                  Renaissance One
                                  Two North Central Avenue
                                  Phoenix, AZ  85004-2391

                                  By */s/ Stephanie J. Quincy*
                                      Stephanie J. Quincy
                                      Nicole S. Simmons
                                      *Attorneys for Defendant Dignity Health*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25th, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following ECF registrants:

Joseph A. Velez
ATTORNEY AT LAW
7272 East Indian School Road, Suite 111
Scottsdale, Arizona 85251
jvelezesq@me.com
*Attorneys for Plaintiff*

 /s/ Sarah A. Haddix
*An employee of Quarles & Brady LLP*