IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| Dr. Irina Beloozerova,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Dignity Health, a foreign nonprofit corporation, d/b/a St. Joseph's Hosptial and Medical Center, and d/b/a Barrow Neurological Institute; John Doe's I - V; Gray Corporations I - V,<br><br>　　　　　Defendants, | No. 2:18-cv-01976-DGC<br><br>[PROPOSED] ORDER |

　　　This Court, having considered Plaintiff's Rule 41(a)(2) Motion to Voluntarily Dismiss with Prejudice, and good cause appearing,

　　　**IT IS ORDERED**, that Plaintiff's case is dismissed in its entirety with prejudice pursuant to Rule 41(a)(2).

1